UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

ERLINDA L. SANCHEZ,   ) ED CV 09-00305-SH
　　　　　　　　　　　)
　　Plaintiff,　　　　)  JUDGMENT
　　　　　　　　　　　)
　　v.　　　　　　　　)
　　　　　　　　　　　)
MICHAEL J. ASTRUE,    )
Commissioner, Social Security, )
Administration,      )
　　　　　　　　　　　)
　　Defendant.        )
_____ )

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and the Complaint dismissed.

DATED: April 6, 2010

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE